UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MILAGROS SENIOR, on behalf of herself and all other persons similarly situated,

        Plaintiff,

-v-

WESTMORE BEAUTY ULTRA, LLC,

        Defendants.

CIVIL ACTION NO.: 25 Civ. 5391 (DEH) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

As Defendant Westmore Beauty Ultra, Inc. was served with a summons and Complaint on July 30, 2025 (ECF No. 7), Defendant's response to the Complaint was due on August 20, 2025. As a one-time courtesy, the Court <u>sua sponte</u> EXTENDS Defendant's deadline to respond to the Complaint until **Wednesday, August 27, 2025**. Defendant is warned that failure to respond to the Complaint by the extended deadline may result in an Order directing Plaintiff to initiate default proceedings.

Dated:    New York, New York
           August 21, 2025

SO ORDERED.

_____
SARAH L. CAVE
United States Magistrate Judge