UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -   x

MILAGROS SENIOR, ON BEHALF OF      :      ECF CASE
HERSELF AND ALL OTHER PERSONS      :
SIMILARLY SITUATED,                :
                                   :
                    Plaintiffs,    :      No.: 1:25-cv-5391
                                   :
            v.                     :
                                   :
WESTMORE BEAUTY ULTRA, LLC,        :
                                   :
                    Defendant.     :
                                   :
                                   :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -   x

## NOTICE OF SETTLEMENT

To The Honorable Court:

       The undersigned represents the Plaintiff in the above-entitled action. The Parties have reached a settlement in principle and the undersigned, with the consent of the Defendant, respectfully requests that Your Honor dismiss this action with prejudice with the right to reopen in forty-five (45) days if the Settlement Agreement is not consummated. In light of the anticipated settlement, the Parties respectfully request all currently pending deadlines in this action be adjourned *sine die*.

Dated: New York, New York
      August 21, 2025         Respectfully Submitted,

                    **GOTTLIEB & ASSOCIATES PLLC**
                    /s/ Michael A. LaBollita
                    Michael A. LaBollita, Esq.

                    Michael A. LaBollita (ML-9985)
                    Jeffrey M. Gottlieb (JG-7905)
                    Dana L. Gottlieb (DG-6151)
                    GOTTLIEB & ASSOCIATES PLLC
                    150 East 18th Street, Suite PHR
                    New York, New York 10003
                    Tel: 212.228.9795
                    Fax: 212.982.6284
                    Jeffrey@Gottlieb.legal
                    Dana@Gottlieb.legal
                    Michael@Gottlieb.legal
                    *Attorneys for Plaintiffs*

SO ORDERED:

_____
United States District Court Judge