UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - -   x
                                                         :

MILAGROS SENIOR, ON BEHALF OF
HERSELF AND ALL OTHER PERSONS
SIMILARLY SITUATED,

                                                          :  No.: 1:25-cv-5391

                Plaintiffs,            :

                                                         :  **NOTICE OF VOLUNTARY**

                 v.                      :  **DISMISSAL**

                                                          :

WESTMORE BEAUTY ULTRA, LLC,     :

                                                       :

                Defendant.           :

- - - - - - - - - - - - - - - - - - - - - - - - - - -   x

       Plaintiff(s), MILAGROS SENIOR, in accordance with Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby dismisses the above-entitled action with prejudice and without fees and costs against Defendant, WESTMORE BEAUTY ULTRA, LLC.

Dated:   New York, New York
         Sept. 3, 2025

**GOTTLIEB & ASSOCIATES PLLC**

/s/ Michael A. LaBollita
Michael A. LaBollita, Esq. (ML-9985)
Jeffrey M. Gottlieb, Esq. (JG-7905)
150 East 18th Street, Suite PHR
New York, New York 10003
(212) 228-9795
*Attorneys for Plaintiffs*

SO ORDERED:

_____
United States District Court Judge